CARLIE CHRISTENSEN, Acting United States Attorney (#0633)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, #300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 524-6924

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE: 2:09CR00251TS |
| Plaintiff, | : | |
| vs. | : | GOVERNMENT'S POSITION REGARDING PRESENTENCE REPORT |
| DAHAN DONTRE DAMARI ANDERSON, | : | |
| Defendant. | : | JUDGE TED STEWART |

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Rule 32(b)(6)(B) of the Federal Rules of Criminal Procedure, hereby indicates that the government has no objections to the presentence report.

DATED this 1st day of February, 2010.

                                           CARLIE CHRISTENSEN
                                           Acting United States Attorney

                                           /s/ Karin M. Fojtik
                                           KARIN M. FOJTIK
                                           Assistant United States Attorney

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing GOVERNMENT'S POSITION REGARDING PRESENTENCE REPORT, was provided to all parties named below, this 1st day of February, 2010.

    Stephen McCaughey
    10 W. Broadway, Ste. 650
    Salt Lake City, Utah 84101

    Heidi Groussman
    United States Probation Officer

                               /s/ Brooke Winters
                               U.S. Attorney's Office