CARLIE CHRISTENSEN, Acting United States Attorney (#0633)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, #300
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682 • Facsimile: (801) 524-6924

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE: 2:09CR00251TS |
| Plaintiff, | : | |
| vs. | : | GOVERNMENT'S POSITION REGARDING PRESENTENCE REPORT |
| RANDY CHANHMANY, | : | |
| Defendant. | : | JUDGE TED STEWART |

---

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Rule 32(b)(6)(B) of the Federal Rules of Criminal Procedure, hereby indicates that the government has no objections to the presentence report.

DATED this 20th day of May, 2010.

                                              CARLIE CHRISTENSEN
                                              Acting United States Attorney


                                              /s/ Karin M. Fojtik
                                              KARIN M. FOJTIK
                                              Assistant United States Attorney

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing GOVERNMENT'S POSITION REGARDING PRESENTENCE REPORT, was provided to all parties named below, this 20th day of May, 2010.

  Summer R. Osburn
  43 East 400 South
  Salt Lake City, Utah 84111

  Heidi Groussman
  United States Probation Officer

              /s/ Emily Adams
              U.S. Attorney's Office